Submitted December 6, 2013, reversed February 5, 2014

In the Matter of R. G.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## R. G.,
*Appellant.*

Marion County Circuit Court
12C19507; A152473

324 P3d 483

■■■■■■■■■■■■

Susan D. Isaacs filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Judy C. Lucas, Senior Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

■■■■■■

## PER CURIAM

Appellant seeks reversal of an order committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She contends that the trial court erred in concluding that, as a result of a mental disorder, she is (1) a danger to herself and (2) unable to provide for her basic personal needs and is not receiving the care necessary for her health or safety. *See* ORS 426.005(1)(e). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's order should be reversed. We agree, accept the state's concession, and reverse.

Reversed.